# Sabatini Freeman, LLC

216 N. Blakely St.
Dunmore, PA 18512

Statement as of: 8/6/2021

**Amy Strauss**
**650 Cortez Rd.**
**Jefferson Twp, PA 18436**

Our file number: 3248-001

## Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Brett Freeman | 0.40 hours at $350.00/hr | $140.00 | 0.20 hours | ($70.00) | $70.00 |
| Pya Marchina | 0.60 hours at $135.00/hr | $81.00 | 0.20 hours | ($27.00) | $54.00 |
| Carlo Sabatini | 19.60 hours at $415.00/hr | $8,134.00 | 3.90 hours | ($1,618.50) | $6,515.50 |
| Ashley Werner | 15.80 hours at $150.00/hr | $2,370.00 | 4.00 hours | ($600.00) | $1,770.00 |
| Total: | 36.40 hours (before discount) | $10,725.00 | 8.30 hours | ($2,315.50) | $8,409.50 |

## Itemized Listing of Services

| Date | Description | | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 03/26/2019 | Review initial paperwork. Meet with client for initial consultation. | CS | 415.00 | 0.90 | 373.50 | -166.00 |
| 03/27/2019 | Draft email to client regarding Navy Federal account and tax refund. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/27/2019 | Call to client regarding tax refund and payments due to Navy Federal | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/27/2019 | Call to client regarding bill payments. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/27/2019 | Receive and review email from client with a question concerning payments and taxes. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/28/2019 | Draft email to CS with client's list of questions | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 03/28/2019 | Receive and review email from client regarding selling clothes. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/28/2019 | Email to client with answers to her questions. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/28/2019 | Email to client regarding loan documents. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/04/2019 | Email to client regarding social security card | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/04/2019 | Receive and review social security card | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/05/2019 | Receive, review, and respond to email from client regarding social security card | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/25/2019 | Call to client regarding the ovedraft on her account. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/30/2019 | Call to client to discuss phone message regarding Best Buy. No answer, left message | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/07/2019 | Call to client regarding calls at work. No answer, left message | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/13/2019 | Call to client. No answer, left detailed message. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 06/12/2019 | Email to client regarding call logs. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/12/2019 | Call to client. No answer, no message left | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/12/2019 | Call with client regarding debts to credit unions. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/27/2019 | Receive and review phone message from client regarding medical debt. Call to client. No answer, leave message. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/10/2019 | Receive and review phone message from client regarding medical debt. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/22/2019 | Call to client regarding medical debt. She can't speak right now, but will call me back. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 07/26/2019 | Call with client regarding recently incurred medical debt. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 08/14/2019 | Review file. Review notes, dictation, initial paperwork for time-sensitive issues. Verify SSN and download PACER report | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 10/04/2019 | Receive and review message from client regarding PSECU. Call to client regarding the same. No answer, left message | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 10/04/2019 | Call with client regarding PSECU debts. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 10/04/2019 | Receive and review phone message from client regarding remarks on her accounts. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/04/2019 | Call to client regarding her questions regarding PSECU. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/13/2019 | Receive and review phone message from client. Call to client. No answer, left message to call me back | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/14/2019 | Receive and review voicemail from client. Call to client. No answer, left message to call me back after 1 tomorrow | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/15/2019 | Receive and review phone message from client. Call with client regarding phone calls. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/15/2019 | Review file | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 11/15/2019 | Call with client regarding phone calls. | CS | 415.00 | 0.30 | 124.50 | -124.50 |
| 03/09/2020 | Receive and review email from client regarding bankruptcy timeline and phone calls. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/09/2020 | Receive and review email from client attaching logs and letters | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/10/2020 | Receive and review email from SMD regarding TCPA and email from client regarding bankruptcy filing timeline. Conference with BF regarding the same. | CS | 415.00 | 0.40 | 166.00 | -166.00 |
| 03/10/2020 | Receive and review email from RKB regarding letter to GC Services. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/17/2020 | Receive, review, and respond to email from client regarding blocked email | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/23/2020 | Receive and review email from client regarding GC Services. Call to client regarding the same. No answer, left message | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 03/23/2020 | Receive and review email from RKB with email from client regarding phone call from GC Services. | CS | 415.00 | 0.10 | 41.50 | -41.50 |

| Date | Description | Atty | Rate | Hours | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/24/2020 | Receive and review email from RKB regarding GC Services address. Call to client regarding the same. No answer, left detailed message. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 04/16/2020 | Receive and review email message from client regarding stimulus check. Call to client regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/12/2020 | Receive and review email from client regarding wedding deposits | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/13/2020 | Receive, review, and respond to email from client regarding which court to call | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/13/2020 | Call from client regarding income from parents and Bartell lawsuit. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 05/15/2020 | Receive and review email from client regarding information from court concerning Bartell lawsuit and funds from grandparents. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 09/10/2020 | Receive, review, and respond to email from client regarding logs and letters. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 09/28/2020 | Receive and review email from client regarding tax debts. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 10/01/2020 | Receive and review email from collection company. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 10/07/2020 | Receive and review notice from IRS regarding debt. Email to client regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/07/2020 | Receive and review email from client regarding tax notice. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/07/2020 | Email to client regarding tax debt. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/07/2020 | Receive, review, and respond to email from client regarding tax debts. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/13/2020 | Receive, review, and respond to email from client regarding tax debts. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/13/2020 | Receive, review, and respond to email from client regarding discussing tax debts with her acountant. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/19/2020 | Receive, review, and respond to email from client regarding information from accountant | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/20/2020 | Receive and review email from client regarding collection activity | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 10/20/2020 | Receive, review, and respond to email from client regarding time to speak | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/20/2020 | Call with client regarding IRS debt. Email to client regarding the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/21/2020 | Receive and review email from client regarding letting me know if she finds out anything further about the IRS debt | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 10/23/2020 | Receive and review logs and collection letters. Add to client's electronic file | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 11/09/2020 | Receive and review email from client regarding phone call to her job | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 02/03/2021 | Receive, review, and respond to email from client regarding Liscio invite. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 02/22/2021 | Conference with ASW & PM regarding lawsuit | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 02/22/2021 | Call with client regarding lawsuit filed against her. | CS | 415.00 | 0.20 | 83.00 | -83.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 02/26/2021 | Receive, review, and respond to email from PM regarding letter concerning picking up lawsuit. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 03/03/2021 | Receive and review email from CS regarding timing of filing. Review file. Draft email to CS | BF | 350.00 | 0.20 | 70.00 | -70.00 |
| 03/09/2021 | Receive and review email from client with budget | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/09/2021 | Receive and review email from client with stubs | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/08/2021 | Review retainer. Email to client regarding background search. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/09/2021 | Conference with PM regarding debts | ASW | 150.00 | 0.50 | 75.00 | 0.00 |
| 04/09/2021 | Receive and review email from client agreeing to background search | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/09/2021 | Pull accurint. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/09/2021 | Review collection letters and creditor letters. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/12/2021 | Zoom with CS regarding due diligence checklist and spreadsheet (I, J, & MT). | ASW | 150.00 | 1.20 | 180.00 | 0.00 |
| 04/12/2021 | Task to client regarding expenses. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 04/12/2021 | Zoom with CS regarding spreadsheet | ASW | 150.00 | 0.80 | 120.00 | 0.00 |
| 04/12/2021 | Zoom with client and CS regarding expenses | ASW | 150.00 | 0.60 | 90.00 | 0.00 |
| 04/12/2021 | Zoom with ASW regarding due diligence checklist and spreadsheet | CS | 415.00 | 1.20 | 498.00 | 0.00 |
| 04/12/2021 | Zoom with client regarding expenses. | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 04/12/2021 | Zoom with ASW regarding spreadsheet | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 04/12/2021 | Zoom with client and ASW regarding expenses | CS | 415.00 | 0.60 | 249.00 | 0.00 |
| 04/14/2021 | Download documentation from client. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 04/15/2021 | Review task to confirm completion. Email to CS regarding the same. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 04/16/2021 | Conference with PM regarding business income in spreadsheet | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 04/19/2021 | Zoom with client to discuss documentation of expenses and work them into the MT. | CS | 415.00 | 0.80 | 332.00 | 0.00 |
| 04/19/2021 | Prepare MT and Plan | CS | 415.00 | 2.00 | 830.00 | 0.00 |
| 04/20/2021 | Review pending task and close the same | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/03/2021 | Finish pre-signing checklist and filing checklist | ASW | 150.00 | 0.50 | 75.00 | 0.00 |
| 05/03/2021 | Receive, review, and respond to email from client consenting to wage attachment | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/03/2021 | File wage motion | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/03/2021 | Receive, review, and respond to email from client regarding post bankruptcy course. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/03/2021 | Receive, review, and respond to email from client regarding taking both bankruptcy courses | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/03/2021 | Receive and review email from client thanking me for course information | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/04/2021 | Receive and review email from Trustee's office confirming receipt of tax return | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/04/2021 | Receive and review certificate of financial management from CS and client | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

| Date | Description | Staff | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 05/04/2021 | Receive and review email from client regarding liability insurance | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/04/2021 | Receive and review order granting wage attachment filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/05/2021 | Email to client regarding liability insurance for her business | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/05/2021 | Receive, review, and respond to email from client regarding collection letter | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/06/2021 | Receive and review Notice of Meeting of Creditors filed on the docket. Process checklist of tasks after 341 hearing date has been set | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 05/06/2021 | Receive and review Order granting motion for wage attachment filed on the docket. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/06/2021 | Prepare amendment to schedules. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/06/2021 | Receive and review email from client regarding PSECU account | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/06/2021 | Receive and review email from client regarding her PNC account | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/06/2021 | Receive and review email from client regarding phone call. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 05/06/2021 | Review and analyze proof of claim 1 filed on the docket. | PM | 135.00 | 0.20 | 27.00 | 0.00 |
| 05/06/2021 | Review and analyze proof of claim 2 filed on the docket. | PM | 135.00 | 0.10 | 13.50 | -13.50 |
| 05/06/2021 | Review and analyze proof of claim 3 filed on the docket. | PM | 135.00 | 0.10 | 13.50 | -13.50 |
| 05/07/2021 | Review PM's analysis of claim 1. | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 05/07/2021 | Review PM's analysis of claim 2 | ASW | 150.00 | 0.20 | 30.00 | -30.00 |
| 05/07/2021 | Review PM's analysis of claim 3 | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/07/2021 | Receive and review email from client regarding PSECU | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/10/2021 | Edit amendment to schedules | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/10/2021 | Send amendment to client for signature. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/10/2021 | Review lawsuit filed against client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/11/2021 | File amended schedules. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/11/2021 | Receive and review praecipe to stay lawsuit due to bankruptcy filing | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/11/2021 | Receive and review BNC Certificate of Notice for 341 notice for bypassed recipients. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/11/2021 | Receive and review BNC Certificate of notice for order confirming wage attachment. Employer was served. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 05/14/2021 | Review file to confirm certificate of financial management filed on the docket. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 05/14/2021 | Email to client attaching petition, employee income records, motion for wage attachment, and certificate of debtor education filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/18/2021 | Receive, review, and respond to email from client regarding car payment and 2020 tax return. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 05/18/2021 | Message to client regarding car payments | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 05/24/2021 | Review and analyze claim 4 filed on the docket. | PM | 135.00 | 0.20 | 27.00 | 0.00 |
| 05/26/2021 | Review PM's analysis of claim 4 filed on the docket | ASW | 150.00 | 0.30 | 45.00 | -45.00 |
| 06/02/2021 | Receive and review message from client regarding vehicle arrears. Email to CS regarding the same. | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/02/2021 | Receive and review message from client regarding vehicle arrears. Call to client regarding the same. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/03/2021 | Receive and review letter from Atty Blecki regarding suggestion of bankruptcy. Set task for discharge at the end of bankruptcy | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/04/2021 | Review and analyze claim 5 filed on the docket | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 06/04/2021 | Receive and review order granting application to employ | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/07/2021 | Receive, review, and respond to message from client attaching suggestion of bankruptcy letter. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/07/2021 | Review and analyze amended claim 5 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/07/2021 | Review and analyze claim 6 filed on the docket | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 06/07/2021 | Review and analyze claim 7 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/08/2021 | Review file and organize it in preparation for Meeting of Creditors. | ASW | 150.00 | 0.60 | 90.00 | 0.00 |
| 06/08/2021 | Review file to verify that tax returns were provided to Trustee's office. Prepare proof of same in case requested at Meeting of Creditors | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/08/2021 | Review claims filed in case, reviewed plan, review other documents filed, notate file regarding claims that we need filed, draft interoffice memo to CS summarizing claims and case status | ASW | 150.00 | 0.70 | 105.00 | 0.00 |
| 06/08/2021 | Call to client regarding 341 preparation. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 06/08/2021 | Email to CS regarding 341 prep | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/08/2021 | Call to client regarding explanation of what happens after 341. No answer, left message regarding the same | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/08/2021 | Email to client with application to employ (2), amendment to ABC, and request for service filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/08/2021 | Review objection to confirmation and blue book valuations. | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 06/08/2021 | Review rule 9014. Email to opposing counsel requesting concurrence with Zoom deposition or dates for good faith conference to resolve dispute. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/08/2021 | Research appropriate date of valuation (mixed) and standards for valuation. Prepare discovery. | CS | 415.00 | 1.00 | 415.00 | 0.00 |
| 06/08/2021 | Email to Valecko regarding written discovery and service of the same | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/08/2021 | Receive and review email from Reifsnyder with 341 meeting link | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/09/2021 | Receive and review email from Valecko regarding PSECU resolution | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 06/09/2021 | Email to Valecko regarding flexibility with respect to value | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 06/09/2021 | Receive and review email from Valecko regarding a call in to PSECU. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/09/2021 | Conference with SMD regarding collection letters. | CS | 415.00 | 0.20 | 83.00 | -83.00 |
| 06/09/2021 | Receive and review email from Valecko regarding zoom dates and discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/09/2021 | Email to Valecko attaching discovery | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/09/2021 | Receive, review, and respond to email from Masterson regarding PSECU withdrawing objection | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/09/2021 | Receive and review email from Valecko to Masterson thanking him for objection information | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/10/2021 | Conference with CS regarding potential suit against Spring Oaks for automatic stay violation. | BF | 350.00 | 0.20 | 70.00 | 0.00 |
| 06/10/2021 | Review file. Call to Blady (in-house counsel for Spring Oaks). No answer, leave message. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/10/2021 | Return call from Blady regarding post-bankruptcy phone calls. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/10/2021 | Receive and review mesage from Blady regarding post-bankruptcy phone calls. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/10/2021 | Call to client regarding post-bankruptcy phone calls from debt collectors. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/10/2021 | Conference with BF regarding potential suit against Spring Oaks for automatic stay violation. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/14/2021 | Prepare amendment to ABC and Statement of Financial Affairs | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/14/2021 | File amendment to ABC and statement of financial affairs | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/14/2021 | Meet with client in preparation for 341 meeting | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/14/2021 | Call to client regarding new trustee questions | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/14/2021 | Review file to prepare for 341 meeting | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/14/2021 | Attend 341 meeting. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 06/14/2021 | Post 341-meeting call to client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/14/2021 | Receive and review motion to withdraw objection filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/15/2021 | Receive and review order granting motion to withdraw objection | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/16/2021 | Receive and review certification that 341 meeting held. Process checklist of tasks after confirmation hearing date is set | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 06/16/2021 | Review proof of claim analysis for CS comments/tasks. Email to CS regarding the same | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 06/16/2021 | Email to client regarding confirmation hearing | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/17/2021 | Receive and review signed pre-confirmation certification. Do checklist of tasks to confirm it can be filed. Email to CS regarding taxes. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 06/21/2021 | Review proof of claim analysis for CS comments/tasks | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 06/21/2021 | Receive and review confirmation from client that all tax returns were prepared and filed. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/21/2021 | File pre-confirmation certification | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 06/21/2021 | Review proof of claim analysis | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/21/2021 | Call to client regarding Bartell claim. No answer, leave message. | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 06/21/2021 | Receive, review, and respond to email from ASW regarding taxes. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/23/2021 | Call to client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 06/24/2021 | Email to client with amendments, motion to withdraw objection, and notice of confirmation hearing filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/06/2021 | Receive, review, and respond to email from client regarding car payments and credit reports. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/08/2021 | Email to client attaching pre-confirmation certification of compliance filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/14/2021 | Review and analyze claim 8 filed on the docket. Email analysis to CS | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 07/14/2021 | Review and analyze claim 9 filed on the docket | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/14/2021 | Receive and review message from client regarding message from creditor. Review schedules to confirm creditor listed in schedules. Email to client regarding the same. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/14/2021 | Receive and review analysis of claim 8. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/27/2021 | Receive and review email from client regarding disputing PSECU on credit report | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/27/2021 | Prepare Request for Payment | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/27/2021 | File Request for Payment | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 07/27/2021 | Receive and review credit reports | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/29/2021 | Process checklist of tasks to confirm that there are no issues with confirmation of the plan | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 07/29/2021 | Call from client. I told SMD to tell her she didn't have to attend confirmation hearing | CS | 415.00 | 0.10 | 41.50 | -41.50 |
| 08/02/2021 | Receive and review message from client. Review trustee13.com. Review client's payroll schedule. Message to client answering questions | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 08/02/2021 | Email to client with request for payment filed on the docket | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 08/05/2021 | Receive and review proceeding memo regarding plan being eligible for confirmation | ASW | 150.00 | 0.10 | 15.00 | -15.00 |
| 08/06/2021 | Receive and review electronic notice of filing: Order Confirming Plan. Process checklist of tasks after plan has been confirmed | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 08/06/2021 | Receive and review email from certificateofservice.com regarding upload confirmation | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 08/06/2021 | Receive and review email from certificateofservice.com attaching certificate of service. File the same | ASW | 150.00 | 0.10 | 15.00 | 0.00 |

|  |  | Sub-total Fees: | 10,725.00 | -2,315.50 |
|  |  | Net Fees After Discount: | **8,409.50** |  |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---:|---:|---:|---:|
| 04/08/2021 | Best Case fee | 8.00 | 1.00 | 8.00 | 0.00 |
| 04/09/2021 | Accurint search | 19.57 | 1.00 | 19.57 | 0.00 |
| 04/30/2021 | Filing Fee | 313.00 | 1.00 | 313.00 | 0.00 |
| 08/06/2021 | Cost of mailing Order Confirming Chapter 13 Plan to creditors. | 1.00 | 7.35 | 7.35 | 0.00 |
|  | Sub-total Expenses: |  |  | 347.92 | 0.00 |

## Trust Account

| Date |  |  |  |
|---|---|---|---:|
|  |  | Beginning Balance: | 0.00 |
| 04/04/2019 | Strauss, Amy - bk retainer |  | 810.00 |
|  |  | Ending Balance: | 810.00 |

## Total

|  |  |
|---|---:|
| Net Fees After Discount: | 8,409.50 |
| Net Expenses After Discount: | 347.92 |
| *Total*: | **8,757.42** |