IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re Amy Strauss, | Chapter 13 |
|---|---|
| Debtor | Case No. 5:21-bk-00995-MJC |

### DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

1. Debtor filed a Chapter 13 petition on April 30, 2021.

2. This case has not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208.

3. Debtor wishes to dismiss her case.

4. Debtor's counsel wishes to bill Debtor for time that he has spent on the case which was not included in the previous fee application. However, L.B.R. 2016-2(a) prohibits such payment, unless payment is otherwise approved by the Court.

WHEREFORE, Debtor Amy Strauss respectfully asks that her Chapter 13 case be dismissed and that Local Bankruptcy Rule 2016-2(a) shall not apply to fees requested by Counsel for services that were rendered in this case.

Date: October 23, 2024

/s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com