IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Amy Strauss,<br><br>Debtor | Chapter 13<br><br>Case No. 5:21-bk-00995-MJC<br><br>Debtor's Motion to Dismiss Chapter 13 Case |

**<u>ORDER</u>**

Upon consideration of Debtor's Motion to Dismiss Chapter 13 Case, it is hereby ORDERED that the motion is granted. The above-captioned case is dismissed. Local Bankruptcy Rule 2016-2(a) shall not apply to fees requested by Counsel for services that were rendered in this case.