IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Amy Strauss,<br><br>Debtor | Chapter 13<br><br>Case No. 5:21-bk-00995-MJC<br><br>Debtor's Motion to Dismiss Chapter 13 Case |

## ORDER

Upon consideration of Debtor's Motion to Dismiss Chapter 13 Case, Dkt. # 49 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. The above-captioned case is **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 28, 2024