United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Amy Marie Strauss  
    Debtor

Case No. 21-00995-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 28, 2024      Form ID: pdf010      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Marie Strauss, 650 Cortez Road, Jefferson Twp, PA 18436-3810 |
| 5407457 | | 320 E BIG, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5407470 | | George Rudolph, President, PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5407478 | | Officer, Managing, or General Agent PSEU, PO Box 67102, Harrisburg, PA 17106-7102 |
| 5407482 | | PSECU, PO Box 67102, Harrisburg, PA 17106-7102 |
| 5407484 | | Radius Gobal Solutions, 9550 Regency Square Blvd Ste 550A, Jacksonville, FL 32225-8116 |
| 5407456 | | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5407487 | | St. Lukes, 800 Ostrum St, Bethlehem, PA 18015-1015 |
| 5407455 | + | Strauss Amy Marie, 650 Cortez Road, Jefferson Twp, PA 18436-3810 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 19:02:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 18:52:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407458 | ^ | MEBN | Oct 28 2024 18:47:24 | ARS, PO BOX 469100, ESCONDIDO, CA 92046-9100 |
| 5407459 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 28 2024 18:45:00 | Bureaus Investment Group Portfolio, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 5423025 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 19:02:58 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5407461 | + | Email/Text: cms-bk@cms-collect.com | Oct 28 2024 18:45:00 | CAPTIAL MGMT SERVICES, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5407460 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2024 19:02:57 | Capital One Bank (USA), N.A., 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 5407463 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:45:00 | Comenity Bank, PO Box 659704, San Antonio, TX 78265-9704 |
| 5407464 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:45:00 | Comenity Bank/ Bon Ton, PO Box 182273, Columbus, OH 43218-2273 |
| 5407465 | ^ | MEBN | Oct 28 2024 18:43:41 | D&A Services, LLC, 1400 E Touhy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 5407466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 18:52:00 | Department Stores National Bank, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5407473 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:02:57 | Macy's Credit Card, PO Box 78008, Phoenix, AZ 85062-8008 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5407467 | Email/Text: bankruptcy@fncbinc.com | Oct 28 2024 18:45:00 | First National Collection Bureau, Inc., 50 W Liberty St Ste 25, Reno, NV 89501-1940 |
| 5407468 | Email/Text: Banko@frontlineas.com | Oct 28 2024 18:46:00 | Frontline Asset Strategies, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 5407469 | Email/Text: GCSBankruptcy@gcserv.com | Oct 28 2024 18:45:00 | GC SERVICES LIMITED PARTNERSHIP, PO Box 1545, Houston, TX 77251-1545 |
| 5407462 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2024 19:02:45 | Chase Cardmember Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5407471 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2024 18:51:53 | JPMorgan Chase Bank, N.A., PO Box 15298, Wilmington, DE 19850-5298 |
| 5407472 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 19:02:50 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5411445 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:51:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5407474 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2024 18:46:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5408014 | + Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2024 18:46:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5407476 | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2024 18:46:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 5407477 | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2024 18:46:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5407475 | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2024 18:46:00 | Navy Federal Credit Union, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 5414216 | + Email/Text: bankruptcynotices@psecu.com | Oct 28 2024 18:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5407481 | Email/Text: bankruptcynotices@psecu.com | Oct 28 2024 18:46:00 | PSECU, 1500 Elmerton Ave, Harrisburg, PA 17110-9214 |
| 5407479 | ^ MEBN | Oct 28 2024 18:44:18 | Patenaude & Feliz, A.P.C., 9619 Chesapeake Dr Ste 300, San Diego, CA 92123-1392 |
| 5407480 | Email/Text: bkrgeneric@penfed.org | Oct 28 2024 18:45:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5423716 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2024 18:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5407485 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 18:52:29 | Sherman Originator III LLC, c/o Resurgent Capital Services LP, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5407486 | Email/Text: bankruptcy@silvermanlegal.com | Oct 28 2024 18:45:00 | Silverman Theologou, 11200 Rockville Pike Ste 520, North Bethesda, MD 20852-7105 |
| 5407488 | Email/Text: bnc-thebureaus@quantum3group.com | Oct 28 2024 18:45:00 | The Bureaus, 650 Dundee Rd Ste 730, Northbrook, IL 60062-2747 |
| 5408731 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2024 19:02:44 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407489 | Email/Text: BAN5620@UCBINC.COM | Oct 28 2024 18:45:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5407483 | Email/Text: ngisupport@radiusgs.com | Oct 28 2024 18:45:00 | radius, PO Box 390905, Minneapolis, MN 55439-0905 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 5408024 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5407490 | * | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Amy Marie Strauss brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Amy Marie Strauss usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Milos Gvozdenovic | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Amy Strauss, | Chapter 13 |
| Debtor | Case No. 5:21-bk-00995-MJC |
| | Debtor's Motion to Dismiss Chapter 13 Case |

# ORDER

Upon consideration of Debtor's Motion to Dismiss Chapter 13 Case, Dkt. # 49 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. The above-captioned case is **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 28, 2024